UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21-50110 |
| Plaintiff, | REDACTED INDICTMENT |
| vs. | Receipt or Possession of Unregistered Firearm |
| NIKKI JOSHUA JAMES COOMES, | (26 U.S.C. §§ 5841, 5861(d), and 5871) |
| Defendant. | |

The Grand Jury charges:

On or about December 5, 2020, in Oglala Lakota County, in the District of South Dakota and elsewhere, the defendant, Nikki Joshua James Coomes, knowingly received and possessed a firearm, namely a short-barreled shotgun, made from: a Remington 870 Express Magnum, 20 gauge pump-action shotgun, SN: D909867U, having a barrel of less than 18 inches in length, not registered to him in the National Firearms Registration and Transfer Record, all in violation of 26 U.S.C. §§ 5841, 5861(d), and 5871.

FORFEITURE ALLEGATION

1. The allegations contained in the Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. Upon conviction of the offenses in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2), 26 U.S.C. §§ 5841, 5861(d) and 5871 the defendant, Nikki Joshua

James Coomes, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to, namely: a Remington 870 Express Magnum, 20 gauge pump-action shotgun, SN: D909867U, a shotgun having a barrel of less than 18 inches in length, all pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

A TRUE BILL:

**NAME REDACTED**

Foreperson

DENNIS R. HOLMES
Acting United States Attorney

By _____